# Court of Appeals
# of the State of Georgia

ATLANTA,  January 16, 2025

*The Court of Appeals hereby passes the following order:*

## A25D0206. JOHN FRILANDO v. RIMINA LEWIS et al.

On June 30, 2014, the trial court entered an adverse ruling to John Frilando in this civil matter apparently stemming from a divorce involving defendant Rimina Lewis. On December 4, 2014, Frilando filed a notice of appeal in this Court from the trial court's order. We dismissed Frilando's direct appeal as untimely and for failure to comply with the discretionary review procedures. See Case No. A15A1375 (Mar. 26, 2015). On December 23, 2024, Frilando filed this application for discretionary appeal from what seems to be the same trial court order. Once again, we lack jurisdiction.

Pretermitting whether Frilando's latest challenge to the trial court's order is barred by res judicata or the law of the case doctrine,[1] his application is untimely. An application must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Here, Frilando's

---

[1] See *Aetna Cas. & Sur. Co. v. Bullington*, 227 Ga. 485, 485 (2) (181 SE2d 495) (1971) ("The effect of the dismissal of the first appeal from an appealable judgment was to affirm the judgment of the trial court there excepted to . . . which was res judicata between the parties."); see also generally *Jackson v. State*, 273 Ga. 320, 320 (540 SE2d 612) (2001) (a party "is not entitled to another bite at the apple by way of a second appeal"); *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000) ("It is axiomatic that the same issue cannot be relitigated *ad infinitum*.") (citation and punctuation omitted).

application was filed more than ten years after entry of the order he seeks to appeal.

Accordingly, this untimely application for discretionary appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__01/16/2025_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*